■ CLARK-WILE & MAYER, INC. v. JOSEPH H. R. LITTMAN.— Application denied, with $10 costs, and the stay contained in the order to show cause dated

902

January 21, 1959 is vacated. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.